

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00194-CV

Eusebio **VEJIL**,
Appellant

v.

Rosita **VEJIL**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20186
Honorable Gloria Saldaña, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee, Rosita Vejil, recover her costs of this appeal from appellant, Eusebio Vejil.

SIGNED November 6, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice